PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Jasmine Sharnae Macklin         Docket No. 0754 3:18CR30129-002

                                                   Register Number: 14252-025

Name of Sentencing Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  August 8, 2019

Original Offense:    Ct. 1: Mail Fraud
                     Ct. 3: False Statements

Original Sentence:   Cts. 1&3: Four years' Probation (concurrent)

Type of Supervision:  Probation               Date Supervision Commenced:  August 8, 2019

Custody Status:   The defendant is not in custody and continues on her term of probation.

Assistant U.S. Attorney:  Norman R. Smith         Defense Attorney: Eric Butts

---

## PETITIONING THE COURT

[ X ]   To issue a **WARRANT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not unlawfully possess a controlled substance. |
| | On May 24, 2021, the defendant verbally admitted to unlawfully possessing cocaine and methamphetamine on or about May 11, 2021. |
| | On May 24, 2021, the defendant unlawfully possessed a controlled substances, cocaine, and methamphetamine, in that she tested positive by urinalysis. |
| Administrative | The defendant shall report to the probation officer in a reasonable manner and frequency directed by the Court or probation officer. |
| | The defendant failed to submit a written monthly report within the first ten days of the month, for the following months:  August 2019, September 2019, October 2019, November 2019, December 2019, January 2020, and December 2020. |
| | The defendant failed to submit a written monthly report for the following months: March 2020, April 2020, May 2020, June 2020, July |

Offender Name:  Jasmine Sharnae Macklin
Docket Number:  0754 3:18CR30129-002

|  |  |
|---|---|
|  | 2020, August 2020, September 2020, October 2020, and November 2020. |
| Special | The defendant shall pay any financial penalties imposed which are due and payable immediately. If the defendant is unable to pay them immediately, any amount remaining unpaid will become a condition of probation and be paid in accordance with the Schedule of Payments sheet of the judgment based on the defendant's ability to pay. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be paid in equal monthly installments of $10 or ten percent of her net monthly income, whichever is greater. The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the commencement of the term of Probation. |
|  | The defendant failed to make monthly payments towards her financial obligation during the following months: November 2019, December 2019, January 2020, February 2020, March 2020, April 2020, May 2020, June 2020, July 2020, August 2020, September 2020, October 2020, November 2020, December 2020, January 2021, February 2021, March 2021, and April 2021. |
| Special | The defendant shall participate, as directed and approved by the probation officer, in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis and/or other drug detection measures and which may require residence and/or participation in a residential treatment facility, or residential reentry center. The number of drug tests shall not exceed 52 tests in a one-year period. Any participation will require complete abstinence from all alcoholic beverages and any other substances for the purpose of intoxication. The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered. |
|  | The defendant failed to participate in a program for substance abuse, in that she failed to report for inpatient substance abuse treatment. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒ revoked
☐ extended for * years, for a total term of * years.
☐ The conditions of supervision should be modified as follows:
☐ Other

Offender Name:  Jasmine Sharnae Macklin
Docket Number:  0754 3:18CR30129-002

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Jerry L. Goolsby
U.S. Probation Officer

Date:  June 15, 2021

This document has been reviewed and approved.

by _____
Reginald C. Box, Jr.
Supervisory U.S. Probation Officer

Date:  June 15, 2021

---

THE COURT ORDERS:
☐  Submit a Request for Modifying the Condition or Term of Supervision
☒  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

_____ 2021.06.16 12:03:58 -05'00'
Honorable Staci M. Yandle
U.S. District Judge

 June 16, 2021
Date